

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00322-CV

———————————————

DJIBRIL JACKSON, Appellant

V.

MOHAMMED KHAN, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2021-03143-JP

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on January 13, 2022, but no brief was filed. *See* Tex. R. App. P. 38.6(a).

On January 31, 2022, we notified Appellant that his brief had not been filed as the Rules of Appellate Procedure require. *See id.* We warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief along with an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, but we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: March 3, 2022

2